UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHERRY CARROLL, as Natural Parent &
Legal Guardian on Behalf of David Carroll,

        Plaintiff,

v.

COUNTY OF MONROE and
DEPUTY SHERIFF JAMES CARROLL,
in his Individual Capacity,

        Defendants.

---

SPECIAL VERDICT FORM

07-CV-6123P

In accordance with the Court's instructions, please answer the following questions concerning plaintiff Carroll's three separate causes of action. The answers given for each question must be unanimous.

# LIABILITY

## FIRST CAUSE OF ACTION: UNREASONABLE SEIZURE AGAINST DEFENDANT JAMES CARROLL

1. Do you find by a preponderance of the evidence that defendant **James Carroll** violated plaintiff Carroll's constitutional rights by unreasonably shooting the dog?

    YES _____        NO ✓

    If you answered "yes" to question # 1, please proceed to question #2. If you answered "no" to Question #1, you are now finished. Please report your verdict to the Court.

## SECOND CAUSE OF ACTION: UNCONSTITUTIONAL POLICY OR CUSTOM AGAINST DEFENDANT COUNTY OF MONROE

2. Do you find by a preponderance of the evidence that defendant **County of Monroe** violated plaintiff Carroll's constitutional rights by maintaining an unconstitutional policy or custom concerning use of force against animals in the execution of no-knock search warrants?

   YES _____          NO _____

   Please proceed to question #3.

## THIRD CAUSE OF ACTION: INADEQUATE TRAINING AGAINST DEFENDANT COUNTY OF MONROE

3. Do you find by a preponderance of the evidence that defendant **County of Monroe** violated plaintiff Carroll's constitutional rights by failing to adequately train its Sheriff's Department Deputies concerning use of force against animals in the execution of no-knock search warrants?

   YES _____          NO _____

   Please proceed to question #4.

2

# **COMPENSATORY DAMAGES**

4. Did plaintiff Carroll suffer any compensatory damages that were proximately caused by the violation of his constitutional rights as you determined in questions #1, #2 and/or #3?

    YES _____        NO _____

    If you answered "yes" to question #4, please proceed to question #5. If you answered "no" to question #4, please proceed to question #6.

5. What dollar amount of compensatory damages did plaintiff Carroll suffer as a result of the violation of his constitutional rights as you determined in questions #1, #2 and/or #3?

    $ _____

    If you answered "yes" to question #4 and awarded compensatory damages, please proceed to question #7. If you answered "no" to question #4, you should not answer question #5; please proceed to question #6.

6. If you answered "no" to question #4, you are required to enter an award of nominal damages in the amount of one dollar ($1.00).

    $ _____

    Please proceed to question #7 to consider whether an award of punitive damages is appropriate against defendant James Carroll.

# **PUNITIVE DAMAGES**

7. Based upon the instructions given by the Court, should punitive damages be awarded against defendant **James Carroll** as the result of defendant Carroll's unreasonable shooting of the dog?

 YES _____  NO _____

8. Please set forth the amount of punitive damages to be awarded against defendant **James Carroll**.

 $ _____

You are now finished. Please report your verdict to the Court.

Dated: June 28, 2011

*Kelly McCullough*
Foreperson