UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHERRY CARROLL, as Natural
Parent & Legal Guardian on
Behalf of DAVID CARROLL,

                Plaintiff,        **NOTICE OF MOTION**

                                  Civ. No.: 07-cv-6123P

  -vs-

COUNTY OF MONROE, and Deputy
Sheriff James Carroll, In His Individual
and Official Capacity,

                Defendants.

---

| | |
|---|---|
| **MOTION BY:** | Christina A. Agola, Esq. |
| **DATE, TIME AND PLACE OF MOTION:** | At a Term of the United States District Court of the Western District of New York at a date and time to be determined by the Court or as soon thereafter as counsel can be heard. |
| **SUPPORTING PAPERS:** | Declaration of Christina A. Agola, Esq. affirmed to on July 28, 2011 with regard to Plaintiff's *Post Trial Motion Pursuant to Fed. R. Civ. P. 50(b) and 59*, together with Memorandum of Law in support thereof with Appendix of Exhibits. |
| **RELIEF SOUGHT:** | For an Order granting Plaintiff Judgment as a Matter of Law under Rule 50(b), or in the alternative a new trial under Rule 59. |
| **FURTHER NOTICE:** | That Christina A. Agola, PLLC intends |

to file and serve reply papers and any party's opposing papers must be filed and served at least eight (8) business days prior to the return date of this motion.

Dated: July 28, 2011
      Brighton, New York

Respectfully Submitted By:

*CHRISTINA A. AGOLA, PLLC*

By:    s/ Christina A. Agola, Esq
        _____
        Christina A. Agola, Esq.
        Attorneys for Plaintiff
        1415 Monroe Avenue
        Brighton, New York 14618
        585.262.3320 (phone)
        585.262.3325 (fax)
        caa@wnycivilrights.com