UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHERRY CARROLL, as Natural
Parent & Legal Guardian on
Behalf of DAVID CARROLL,

          Plaintiff,

-vs-

COUNTY OF MONROE, and Deputy
Sheriff James Carroll, In His Individual
and Official Capacity,

          Defendants.

---

**DECLARATION**

Civ. No.: 07-cv-6123P

CHRISTINA A. AGOLA, ESQ., pursuant to 28 *U.S.C. §1746* declares under the penalty of perjury the following:

1. I am an attorney duly licensed to practice law before the Courts of the State of New York and before the District Court for the Western District of New York. I am fully familiar with the facts and circumstances surrounding these matters.

2. I make this Declaration in support of Plaintiff's post trial motions under Fed. R. Civ. P. 50 and 59.

3. For the reasons set forth in Plaintiff's Memorandum of Law and supporting papers, including excerpts of the Carroll Trial testimony, Plaintiff's motion for

Page 1

the relief sought should be granted in its entirety pursuant to either Rule 50 or Rule 59.

Dated: July 28, 2011
Brighton, New York

Respectfully Submitted By:

*CHRISTINA A. AGOLA, PLLC*

By: s/ Christina A. Agola, Esq

Christina A. Agola, Esq.
Attorneys for Plaintiff
1415 Monroe Avenue
Brighton, New York 14618
585.262.3320 (phone)
585.262.3325 (fax)
caa@wnycivilrights.com